**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORA NOEMI MARROQUIN SALAZAR,<br><br>          Petitioner,<br><br>   v.<br><br>KRISTI NOEM, *et al.*,<br><br>          Respondents. | Case No. 5:25-cv-02367-FLA (JC)<br><br>**JUDGMENT** |

1  Pursuant to this court's Order Accepting Findings, Conclusions, and
2  Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the
3  Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is GRANTED to the
4  extent it requests that Respondents be ordered to provide Petitioner with a bond
5  determination hearing under 8 U.S.C. § 1226(a) (and applicable regulations) within
6  fourteen (14) days of entry of judgment, and is otherwise DENIED.

IT IS SO ADJUDGED.

Dated: December 8, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge